1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700
5 |
6 |
Attorney for Defendant
7 | SAMUEL VENABLE
8 |

**FILED**

MAY 1 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

9 |

IN THE UNITED STATES DISTRICT COURT

10 |
FOR THE EASTERN DISTRICT OF CALIFORNIA
11 |
12 |
13 |
UNITED STATES OF AMERICA,        )   No. 2:11-mj-0041 DAD
14 |                                  )
                   Plaintiff,     )   *Dop*   AMENDED
15 |                                  )   [PROPOSED] RELEASE ORDER FOR
        v.                        )   SAMUEL VENABLE
16 |                                  )
    SAMUEL VENABLE,                )
17 |                                  )
                   Defendant.     )   Time:
18 |                                  )   Judge:  Hon. Dale A. Drozd
     _____ )
19 |
20 |
21 |     The defendant was sentenced to a one year term of probation on

22 | April 20, 2011.  One of the terms of probation was that he complete 25

23 | days of intermittent confinement.  He was ordered to turn himself in

24 | every Friday as directed by BOP and be released each Sunday evening

25 | until the term is completed.  He was directed to turn himself in on May

26 | 9, 2011 to the USMS in Sacramento should BOP fail to make a

27 | designation.

28 |     BOP did not designate a facility and Mr. Venable turned himself in

1  on Monday, May 9, 2011 as directed.  He is currently serving his

2  sentence at the Sacramento County Jail.

3      At this time the Court orders Mr. Venable's immediate release from

4  custody.  He is to turn himself in to serve the remainder of his days

5  per his term of probation once BOP designates a facility and a date

6  when his intermittent confinement is to commence.

7      **IT IS SO ORDERED.**

8

9  Dated:  *5/10/11*

10                                         *Dale A. Drozd*
                                           _____
11                                         HON.  DALE A.  DROZD
                                           United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Name of Pleading                    -2-